627 A.2d 1175

**In the Matter of Russell W. SCIANNA, Sr.**

**No. 563 Disciplinary Docket No. 2.**
**No. 23 DB 87—Disciplinary Board.**

Supreme Court of Pennsylvania.

May 25, 1993.

## ORDER

PER CURIAM:

AND NOW, this 25th day of May, 1993, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 30, 1993, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.